

VIA ECF

Hon. Judith C. McCarthy
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 421
White Plains, New York 10601

> **SO ORDERED:**
> Application granted. The discovery dispute conference scheduled for September 19, 2022 at 11:30 a.m. will be conducted by telephone. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.
>
> _____ 9-15-22
> JUDITH C. McCARTHY
> United States Magistrate Judge

RE: *Quest Diagnostics Incorporated v. Adira at Riverside Rehabilitation and Nursing*, No. 7:22-cv-0957; *Quest Diagnostics Incorporated v. Sprain Brook Manor*, 7:22-cv-0962 (VLB)

Dear Judge McCarthy:

The Glennon Law Firm represents Plaintiff Quest Diagnostics Incorporated ("Plaintiff" or "Quest") in the above-referenced matters, which are scheduled for a discovery dispute conference on Monday, September 19, 2022, at 11:30 a.m. in Courtroom 421. I respectfully submit this letter motion to request the Court's permission to participate in the conference by video or phone. Because our firm is located in Rochester, New York, a remote appearance for this conference would offer significant savings in terms of both cost and time.

Martin Bienstock, Esq., counsel for Defendants in both matters, joins in this request. He advises that he has a court filing in another matter due on Monday, September 19 (which was only recently scheduled by the court), which will make it very difficult for him to attend the discovery dispute conference in person.

We appreciate the Court's attention to this matter. If further information is required, please contact me at (585) 389-6186 or by email at nroberts@glennonlawfirm.com.

Respectfully submitted,

*/s/ Nicholas C. Roberts*

Nicholas C. Roberts

cc: Martin Bienstock, Esq. (*via ECF*)

160 Linden Oaks   |   Rochester, New York 14625   |   Tel: 585-210-2150   |   www.GlennonLawFirm.com